

FILED & ENTERED

FEB 18 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALEXANDRE VASSILIEV,<br><br>        Debtor. | Case No.: 2:08-bk-32477VZ<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>DATE:   No hearing<br>TIME:<br>PLACE: |

     On January 6, 2009, debtor filed a Motion to Extend Time to File Required Documents ("Motion"). Debtor filed the missing documents between January 16, 2009 and January 23, 2009. Based upon the foregoing, **IT IS ORDERED THAT** the Motion is granted and the extension is granted until January 24, 2009.

DATED: February 18, 2009

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION TO IMPOSE OR CONTINUE STAY AS MOOT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/11/09** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission)*
**Debtor's Attorney**: None listed
**United States Trustee (LA):** ustpregion16.la.ecf@usdoj.gov
**Chapter 13 Trustee**: Nancy Curry, ecfnc@trustee13.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

*(Served by court staff, not the Bankruptcy Noticing Center)*
**Debtor:**
Alexandre Vassiliev
2511 Ralston Lane
Redondo Beach, CA 90278