FROM VASSILIEV, ALEXANDRE
2517 ALVORD LN
REDONDO BEACH CA 90278
323-363-4576



MOTION TO DISMISS BANKRUPTCY

PLEASE DISMISS MY CHAPTER 13 BANKRUPTCY
CASE # 2:08-BK-32477-VZ

3-5-09
VASSILIEV, ALEXANDRE